|          |                                                                 |
|----------|-----------------------------------------------------------------|
| To:      | The Honorable Robert J. Conrad, Jr.                             |
|          | U.S. District Court Judge                                       |
| From:    | Valerie G. Debnam                                               |
|          | U.S. Probation Officer                                          |
| Subject: | Luis Martinez                                                   |
|          | Case Number: 0419 3:15CR00159-001                               |
|          | **OUT-OF-COUNTRY TRAVEL**                                       |
| Date:    | 2/10/2017                                                       |



NORTH CAROLINA WESTERN
MEMORANDUM

---

Mr. Martinez appeared before the Honorable Claire C. Cecchi on January 28, 2015, for the offense of Conspiracy to Defraud the United States in violation of 18:371, and Theft of Government Property in violation of 18:641. Mr. Martinez was sentenced to a term of Probation. On January 28, 2015, he began his term of probation in the Western District of North Carolina.

Mr. Martinez has submitted a request to travel to Santo Domingo in the Dominican Republic, for the purpose of handling his family affairs. Mr. Martinez will leave on February 13, 2017, and return on February 20, 2017. He will be staying at Calle Francisco Prats Ramirez #258, Apt. 2C, Torre Lise Carolina, Evaristo Morales, Santo Domingo.

Mr. Martinez has maintained a stable residence and employment since he has been under supervision. There have been no known incidents or noncompliance.

It is recommended that Mr. Martinez be allowed to travel to the Dominican Republic, as long as he remains in compliance with the terms and conditions of supervision.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-6656.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: February 10, 2017

*Robert J. Conrad*

Robert J. Conrad, Jr.
United States District Judge

RECEIVED
CHARLOTTE, NC

FEB 10 2017

Clerk, U.S. District Court
Western District of NC